Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Guy A. Thompson, Samuel A. Mitchell, Frank A. Thompson,* and *Truman Post Young* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Alexander F. Prescott, Jr.,* for respondent.

No. 811. DAVIS *v.* SCHLENER, RECEIVER. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Manley P. Caldwell* for petitioner. No appearance for respondent.

No. 813. SECOND JUDICIAL COURT OF MONTANA ET AL. *v.* MONTANA ET AL. April 29, 1935. Petition for writ of certiorari to the Supreme Court of Montana denied. *Mr. John W. Fisher* for petitioners. *Mr. Samuel T. Bush* for respondents.

No. 815. TULSA *v.* SOUTHWESTERN BELL TELEPHONE Co. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Neal E. McNeill* and *Robert L. Davidson* for petitioner. *Messrs. Jacob Reyle Spielman, Arthur J. Biddison, Harry Campbell,* and *John H. Cantrell* for respondent.

No. 821. W. AMES & Co. *v.* WALLACE, SECRETARY OF AGRICULTURE, ET AL. April 29, 1935. Petition for writ of certiorari to the United States Court of Appeals for the